UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
THERESSA ANTIONETTE NELSON

CASE NO: 23-46633-mar
CHAPTER: 13
JUDGE: RANDON

_____Debtor(s)_____/

**DEBTOR'S CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION PURSUANT TO L.B.R. 3015-2**

BOC Law Group, P.C. has filed papers with the Court.

1. Debtor proposes to modify her Chapter 13 Plan as follows:

    a. Excuse plan payments in the amount of $3,424.64;

    b. Excuse remittance of Debtor's 2023 federal tax refund in the amount of $3,798.00;

    c. Increase plan payments to $580.00 bi-weekly.

    d. The proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:
       i. Class one through Class nine claims: no change of impact on this class of creditors.

    e. All other respects the Plan shall remain in full force and effect. (See attached Liquidation Analysis).

    **Debtor requests for the excusal of plan payments in the amount of $3,424.64. Debtor has a pro-rata reduction pursuant to the order confirming plan in the amount of $1800.00, resulting in $3798.00 for 2023 being obligated to creditors. Debtor requests the tax refunds for 2023 ($3798.00) be excused due the tax refunds being used to pay requisite bills and to offset household expenses while Debtor was between jobs.**

Dated: July 31, 2024

/s/William R. Orlow
**William R. Orlow (P41634)
Attorney for the Debtor
24100 Woodward, Suite B
Pleasant Ridge, MI 48069
248.584.2100
bocecf@boclaw.com**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
THERESSA ANTIONETTE NELSON

CASE NO: 23-46633-mar
CHAPTER: 13
JUDGE: RANDON

_____Debtor(s)_____/

## ORDER MODIFYING CHAPTER 13 PLAN

The above named Debtor, having filed a petition for relief under Chapter 13 of the United States Bankruptcy Code, a Certificate of Non-Response having been filed, and the Court being otherwise sufficiently advised in the premises:

**NOW WHEREFORE:**

**IT IS HEREBY ORDERED** that plan payments in the amount of $3,424.00 are hereby excused, effective with entry of this Order.

**IT IS FURTHER ORDERED** that plan payments are hereby increased to $580.00 bi-weekly, effective with entry of this Order.

**IT IS FURTHER ORDERED** that Debtor is excused from remitting $3,798.00 of her 2023 tax refund obligation to the Chapter 13 Trustee, effective with entry of this Order.

**IT IS FURTHER ORDERED** that the proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:
    i. Class one through Class nine claims: no change of impact on this class of creditors.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
THERESSA ANTIONETTE NELSON

CASE NO: 23-46633-mar
CHAPTER: 13
JUDGE: RANDON

_____Debtor(s)_____/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

BOC Law Group, P.C.
24100 Woodward Avenue
Pleasant Ridge, MI 48069

Krispen S. Carroll
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI 48226

/s/ William R. Orlow_____
William R. Orlow (P41634)
24100 Woodward Avenue
Pleasant Ridge, MI 48069
248-584-2100
bocecf@boclaw.com

Date: July 31, 2024

**LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY**:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | $304,540.00 | $45,037.30 | $259,502.70 | $304,540.00 | $0.00 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | | | | | $0.00 |
| **HHG/PERSONAL EFFECTS** | $3,950.00 | $0.00 | $3,950.00 | $3,950.00 | $0.00 |
| **JEWELRY** | $700.00 | $0.00 | $700.00 | $700.00 | $0.00 |
| **CASH/BANK ACCOUNTS** | $9.50 | $0.00 | $9.50 | $0.00 | $9.50 |
| **VEHICLES** | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| **OTHER** *(itemize)* | | | | | $0.00 |
| **OTHER** *(itemize)* | | | | | $0.00 |
| **OTHER** *(itemize)* | | | | | $0.00 |

Amount available upon liquidation........  $ 9.50

Less administrative expenses and costs ..................................................  $ 9.50 ++

Less priority claims ................................................................................  $ 0.00

Amount Available in Chapter 7 ................................................................  $ 0.00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
THERESSA ANTIONETTE NELSON

CASE NO: 23-46633-mar
CHAPTER: 13
JUDGE: RANDON

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

William R. Orlow hereby certifies that on July 31, 2024, a copy of the **Debtor's Chapter 13 Post-Confirmation Plan Modification Pursuant to L.B.R. 3015-2,** was filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

**KRISPEN S. CARROLL
CHAPTER 13 TRUSTEE
719 GRISWOLD
1100 DIME BUILDING
DETROIT, MICHIGAN 48226**

And served upon the following parties by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

*** All creditors listed on attached Court Matrix

Dated: July 31, 2024

/s/William R. Orlow
**William R. Orlow (P41634)
Attorney for the Debtor
24100 Woodward, Suite B
Pleasant Ridge, MI 48069
248.584.2100
bocecf@boclaw.com**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 23-46633-mar<br>Eastern District of Michigan<br>Detroit<br>Wed Jul 31 17:49:44 EDT 2024 | Michigan First Credit Union<br>27000 Evergreen Road<br>Lathrup Village, MI 48076-3231 | Oakland County Treasurer<br>1200 N. Telegraph Road<br>Pontiac, MI 48341-0479 |
| State of Michigan Department of Treasury<br>3030 W. Grand Blvd., Ste 10-200<br>Detroit, MI 48202-6030 | 36th District Court<br>Acct No 1689<br>Case # GC231689<br>c/o Stenger & Stenger, P.C.<br>2618 East Paris Ave SE<br>Grand Rapids, MI 49546-2454 | 46th District Court<br>Acct No 1340<br>Case # GC221340<br>c/o Szuba & Associates, PLLC<br>40600 Ann Arbor Road, Suite 100<br>Plymouth, MI 48170-4675 |
| Ameican Airlines<br>Acct No 9205<br>c/o Citi<br>P.O. Box 6741<br>Sioux Falls, SD 57117-6741 | American Express<br>Acct No 3007<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Road<br>Andover, MA 01810-1008 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 |
| Ascension St. John Hospital<br>Acct No 0819<br>22301 Foster Winter Drive, 2nd Floor<br>Southfield, MI 48075-3707 | Beamont Hospital<br>Acct No 2500<br>c/o Beamont<br>P.O. Box 5042<br>Troy, MI 48007-5042 | Beaumont Health, Royal Oak<br>Acct No 2036<br>c/o United Collection Bureau, Inc.<br>5620 Southwyck Blvd., Suite 206<br>Toledo, OH 43614-1501 |
| Beaumont Hospital<br>Acct No 3524<br>c/o Scheer, Green & Burke, Co., L.P.A.<br>1 Seagate, Suite 640<br>Toledo, OH 43604-4501 | Beaumont Laboratory<br>Acct No 1689<br>P.O. Box 554883<br>Detroit, MI 48255-4883 | Blue Cross Blue Shield<br>Acct No 0710<br>P.O. Box 553174<br>Detroit, MI 48255-3174 |
| (p)BEAUMONT HEALTH<br>26901 BEAUMONT BLVD<br>SOUTHFIELD MI 48033-3849 | Botsford Medical Imaging<br>Acct No 2351<br>c/o Russell Collection Agency<br>P.O. Box 7009<br>Flint, MI 48507-0009 | Botsford Medical Imaging<br>Acct No 2841<br>c/o Russell Collection Agency<br>P.O. Box<br>Flint, MI 48507 |
| Botsford Medical Imaging<br>Acct No 3601<br>c/o Russell Collection Agency<br>P.O. Box 7009<br>Flint, MI 48507-0009 | Botsford Medical Imaging<br>Acct No 5381<br>c/o Russell Collection Agency<br>P.O. Box 7009<br>Flint, MI 48507-0009 | Botsford Medical Imaging<br>Acct No 5941<br>c/o Russell Collection Agency<br>P.O. Box 7009<br>Flint, MI 48507-0009 |
| COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | CONSUMERS ENERGY COMPANY<br>Attn: Legal Dept<br>One Energy Plaza<br>Jackson, MI 49201-2357 | Capital One Bank, N.A.<br>Acct No 1212<br>P.O. Box 30258<br>Salt Lake City, UT 84130-0258 |
| Capital One Bank, N.A.<br>Acct No 9350<br>P.O. Box 30258<br>Salt Lake City, UT 84130-0258 | Catherines/Comenity<br>Acct No 5877<br>P.O. Box 182273<br>Columbus, OH 43218-2273 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citibank, N.A.<br>Acct No 3804<br>c/o Capital Management Services, L.P.<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2213 | Citibank, N.A.<br>Acct No 6400<br>c/o Stenger & Stenger, P.C.<br>2618 East Paris Ave SE<br>Grand Rapids, MI 49546-2454 | Citibank, N.A.<br>Acct No 6993<br>Stenger and Stenger, P.C.<br>2618 E. Paris Avenue<br>Grand Rapids, MI 49546-2458 |

| | | |
|---|---|---|
| Citibank, N.A./ The Home Depot<br>Acct No 1033<br>c/o McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Bedford, OH 44146-1807 | City of Southfield<br>26000 Evergreen Rd.<br>Southfield,MI 48076-4453 | City of Southfield<br>Acct No 3524<br>26000 Evergreen<br>Southfield, MI 48076-4453 |
| City of Southfield Fire Department<br>Acct No 4961<br>P.O. Box 863<br>Lewisville, NC 27023-0863 | City of Southfield Fire Department<br>Acct No 4994<br>c/o Arbor Professional Soins<br>2096 S. Main Street<br>Ann Arbor, MI 48103 | City of Southfield Fire Department<br>Acct No 8946<br>P.O. Box 863<br>Lewisville, NC 27023-0863 |
| Comcast<br>Acct No 4215<br>c/o Afni<br>1310 Martin Luther King Drive<br>Bloomington, IL 61701-1465 | Comcast<br>Acct No 4631<br>c/o Sequium Asset Solutions, LLC<br>1130 North Chase Parkway<br>Marietta, GA 30067-6429 | Comcast Cable Central/Mbh Mbh<br>Acct No 9743<br>c/o McCarthy, Burgess & Wolf<br>26000 Cannon Road<br>Bedford, OH 44146-1807 |
| Comerica<br>Acct No 3370<br>7720 Michigan Avenue<br>Detroit, MI 48210-2218 | Consumers Energy<br>Acct No 7843<br>3201 E. Court Street<br>Flint, MI 48506-4022 | Digestive Health Systems<br>Acct No 7322<br>P.O. Box 14445<br>Des Moines, IA 50306-3445 |
| Farmington Emergency Medical Assoc.<br>Acct No 9894<br>c/o Wakefiled & Associates<br>P.O. Box 58<br>830 E. Platte Avenue, Unit A<br>Fort Morgan, CO 80701-3601 | Ford Motor Credit Company LLC d/b/a Lincoln<br>40600 Ann Arbor Rd, Ste 100<br>40600 Ann Arbor Rd Ste 100<br>40600 Ann Arbor Rd Ste 100, 40600 Ann Ar<br>Plymouth, MI 48170-4675 | Gerald Nelson<br>26974 North Monroe<br>Southfield, MI 48034-5687 |
| Holzman Law, PLLC<br>28366 Franklin Road<br>Southfield, MI 48034-5503 | Independent Emergency Physcians<br>Acct No 2001<br>c/o RMP<br>815 Executive Court, Suite 10<br>Lansing, MI 48917 | Independent Emergency Physician<br>Acct No 6601<br>c/o RMP<br>8155 Executive Court, Suite 10<br>Lansing, MI 48917-7774 |
| Infiniti NCB Management<br>Acct No 1734<br>1 Allied Drive<br>Feasterville Trevose, PA 19053-6945 | Inpatient Consultants of Michigan<br>Acct No 0733<br>8511 Fall Brook Avenue, Suite 120<br>Canoga Park, CA 91304-3263 | JJ MARSHALL & ASSOCIATES<br>28820 MOUND ROAD<br>WARREN MI 48092-5510 |
| Jared/Comenity Bank<br>Acct No 7949<br>P.O. Box 659728<br>San Antonio, TX 78265 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lord & Taylor/Capital One, N.A.<br>Acct No 9350<br>P.O. Box 30258<br>Salt Lake City, UT 84130-0258 | Menards<br>Acct No 1212<br>Capital One<br>PO Box 5221<br>Carol Stream, IL 60197-5221 | Michigan Department of Treasury<br>Bankruptcy Unit, P.O. Box 30168<br>Lansing, MI 48909<br>5 48909-7668 |
| Michigan Dept of Treasury - Collections<br>Acct No 1568<br>PO Box 30199<br>Lansing, MI 48909-7699 | Michigan Dept. of Treasury<br>Acct No 1568<br>PO Box 77437<br>Detroit, MI 48277-0437 | Michigan Diagonistic Path<br>Acct No 3969<br>5700 Southwyck Blvd.<br>Toledo, OH 43614-1509 |

| | | |
|---|---|---|
| Michigan Diagonistic Path<br>Acct No 5263<br>5700 Southwyck Blvd.<br>Toledo, OH 43614-1509 | Michigan Diagonistic Path<br>Acct No 8840<br>5700 Southwyck Blvd.<br>Toledo, OH 43614-1509 | Michigan First Credit Union<br>Acct No 7977<br>2700 Evergreen<br>Lathrup Village, MI 48076 |
| Michigan First Credit Union<br>c/o Holzman Law, PLLC.<br>28366 Franklin Road<br>Southfield, MI 48034-5503 | Michigan Guaranty Agency<br>c/o PHEAA<br>PO Box 60367<br>Harrisburg, PA 17106-0367 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| NCB Management Services, Inc.<br>One Allied Drive<br>Trevose, PA 19053-6945 | Nelnet c/o ECMC<br>Acct No 4608<br>P.O. Box 64909<br>Saint Paul, MN 55164-0909 | Nordstrom Card Services<br>Acct No 9585<br>P.O. Box 202<br>Southfield, MI 48037-0202 |
| Northland Anestesia Associates, P.C.<br>Acct No 9998<br>P.O. Box 67000, Drawer 108201<br>Detroit, MI 48267-0002 | OAKLAND COUNTY TREASURER<br>1200 N. TELEGRAPH RD.<br>DEPT. 479<br>PONTIAC<br>MI 48341-0479 | PSJ Anesthesia PC<br>Acct No 0039<br>P.O. Box 675133<br>Detroit, MI 48267-5133 |
| Paypal Credit/SYNCB<br>Acct No 9123<br>P.O. Box 960006<br>Orlando, FL 32896-0006 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Progressive<br>Acct No 3524<br>P.O. Box 894105<br>Los Angeles, CA 90189-4105 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RMP Services<br>Acct No 2001<br>P.O. Box 1280<br>Oaks, PA 19456-1280 | Resurgent Capital Services, L.P.<br>Acct No 3113<br>c/o LVNV Funding, LLC<br>P.O. 510090<br>Livonia, MI 48151-6090 |
| Rocket Loans<br>Attn: Bankruptcy<br>1274 Library St, 2nd Floor<br>Detroit, MI 48226-2256 | Saks Fifth Avenue<br>Acct No 9359<br>P.O. Box 30258<br>Salt Lake City, UT 84130-0258 | SonyCard/Comenity Bank<br>Acct No 7912<br>P.O. Box 659813<br>San Antonio, TX 78265 |
| State of Michigan<br>Acct No 1568<br>Office of Collections<br>Detroit, MI 48277-0001 | Synchrony Bank<br>Acct No 9123<br>c/o Rausch Sturm, Atty<br>250 N. Sunnyslope Road, Suite 300<br>Brookfield, WI 53005-4824 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Szuba & Associates, PLLC<br>40600 Ann Arbor Rd Ste 100<br>Plymouth, MI 48170-4675 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | U.S. Trustee<br>211 W. Fort Street<br>Suite 700<br>Detroit, MI 48226-3263 |
| US Attorney<br>211 W Fort St Ste 2001<br>Detroit, MI 48226-3220 | Wyndham Rewards Visa Card<br>Acct No 6358<br>c/p Phillips & Cohen<br>1002 Justison Street, Mail Stop 658<br>Wilmington, DE 19801-5148 | Xfinity<br>Acct No 4215<br>41112 Concept Drive<br>Plymouth, MI 48170-4253 |

Krispen S. Carroll  
719 Griswold  
Suite 1100  
Detroit, MI 48226-3314

Theressa Antionette Nelson  
27250 Bradford Lane  
Southfield, MI 48076-5614

William R. Orlow  
24100 Woodward Ave.  
Pleasant Ridge, MI 48069-1138

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Botsford Hospital  
Acct No 2042  
c/o Beamont  
P.O. Box 5042  
Troy, MI 48007

Chase  
Acct No 2505  
PO Box 17202  
Wilmington, DE 19886

Jefferson Capital Systems, LLC  
PO Box 7999  
St, Cloud, MN 56302-9617

Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk VA 23541

T-Mobile  
Acct No 0286  
P.O. Box 742596  
Cincinnati, OH 45274


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)MICHIGAN FIRST CREDIT UNION  
27000 EVERGREEN ROAD  
LATHRUP VILLAGE, MI 48076-3231

End of Label Matrix  
Mailable recipients     92  
Bypassed recipients      1  
Total                   93